AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

BEACHBODY, LLC, a Delaware Limited Liability Company,

*Plaintiff(s)*

v.

JJ & KK INC., a California Corporation; JIAJIA FAN, an Individual; SHASHA FAN, an Individual; and DOES 1-10, Inclusive,

*Defendant(s)*

Civil Action No. 2:17-cv-02070

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JJ & KK Inc.
c/o Jiajia Fan
604 Pearl Street
San Gabriel, CA 91776

Jiajia Fan
604 Pearl Street
San Gabriel, CA 91776

Shasha Fan
604 Pearl Street
San Gabriel, CA 91776

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Johnson & Pham, LLP
Christopher D. Johnson, Esq.
Christopher Q. Pham, Esq.
Marcus F. Chaney, Esq.
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ________________

____________________

*Signature of Clerk or Deputy Clerk*