# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

CASE NO.: CV 17-02070-R (JEMx)　　　　　　　　DATE: June 19, 2017

TITLE:  Beachbody, LLC v. JJ and KK Inc., et al.
================================================================
PRESENT:　**HON. MANUEL L. REAL, UNITED STATES DISTRICT JUDGE**

　　　**Ingrid Valdes**　　　　　　　　　　　　**N/A**
　　　**Deputy Clerk**　　　　　　　　　　　　**Court Reporter**

ATTORNEYS PRESENT FOR PLAINTIFFS:　　ATTORNEYS PRESENT FOR DEFENDANT:

　　　Not present　　　　　　　　　　　　　　Not present

PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR
　　　　　　　　　LACK OF PROSECUTION

　　Plaintiff(s) is ordered to show cause in writing no later than June 26, 2017 why this action should not be dismissed for lack of prosecution.

　　The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

　　**- Plaintiff's filing of a noticed motion for entry of default judgment**

　　In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument on this Order to Show Cause will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order may result in the dismissal of the action.


**MINUTES FORM II**　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk  CCH
**CIVIL - GEN**